FILED

2007 MAY 11    PM 3: 47

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO

U.S. BANKRUPTCY COURT
CINCINNATI, OHIO

| | | |
|---|---|---|
| **IN RE:  Robert C. Schwieterman** | : | |
| **and** | : | |
| **Brenda K. Schwieterman** | : | Case No. 1:07-bk-11660 |
| | : | |
| **PHILLIPS LAW FIRM, INC.** | : | Adversary Proceeding No. |
| 9521 Montgomery Road | : | |
| Cincinnati, OH  45242 | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | Judge J. Vincent Aug, Jr. |
| | : | |
| **ROBERT C. SCHWIETERMAN** | : | |
| 8812 Rambling Ridge Drive | : | |
| West Chester OH 45069-6820 | : | **COMPLAINT OBJECTING TO** |
| | : | **DISCHARGEABILITY** |
| and | : | |
| | : | |
| **BRENDA SCHWIETERMAN** | : | |
| 8812 Rambling Ridge Drive | : | |
| West Chester OH 45069-6820 | : | |
| | : | |
| | : | |
| Debtors/Defendants. | : | |

Now comes the Plaintiff, Phillips Law Firm, Inc., by and through its undersigned counsel, and alleges that this is an adversary proceeding objecting to the discharge by the Debtors/Defendants of Plaintiff's rights pursuant to Bankruptcy Rules 404 and 704(4).

1.    This Court has jurisdiction as an Adversary Proceeding under Title 28 U.S.C. § 1134(b) for relief under Title 11 U.S.C. § 727, 11 U.S.C. § 523 and Title 28 U.S.C. § 157.

1

2.     This Adversary Proceeding is a core proceeding under Title 28 U.S.C. § 157(b)(2)(i) arising under Title 11 U.S.C. § 727(b) and § 523(a)(5) from the above-referenced Chapter 7 of the United States Bankruptcy Court for the Southern District of Ohio.

3.     The Plaintiff is the former employer of the Debtor/Defendant Robert C. Schwieterman.

4.     Debtor/Defendant Brenda K. Schwieterman is the wife of Debtor/Defendant Robert C. Schwieterman.

5.     The Debtors/Defendants conspired to deprive Plaintiff Phillips Law Firm, Inc. of money and other property through a series of thefts, embezzlements, and misappropriations.

6.     The Debtor/Defendant Robert C. Schwieterman was criminally charged with the thefts against Phillips Law Firm, Inc. (See Attached Exhibit A).

7.     The Debtor/Defendant Robert C. Schwieterman was criminally convicted of theft against Phillips Law Firm, Inc. (See Attached Exhibit B).

8.     The Debtor/Defendant Robert C. Schwieterman was sentenced as a result of being convicted of theft against Phillips Law Firm, Inc. (See Attached Exhibit C).

9.     The Plaintiff filed a lawsuit in the Hamilton County Court of Common Pleas for monetary damages against the Debtors/Defendants as a result of the theft, conversion, and intentional destruction of personal property, naming Debtors/Defendants Robert C. Schwieterman and Brenda K. Schwieterman as Defendants.

10.     The Plaintiff and the Debtors/Defendants jointly prepared and presented a Stipulated Judgment Entry to Judge Dennis Helmick of the Hamilton County Court of Common Pleas for review and approval.  After due consideration, Judge Dennis Helmick indicated that if

presented to him for signature, he would accept the Stipulated Judgment Entry as his decision in the case.

11. On May 24, 2006, by Stipulated Judgment Entry from the Hamilton County Court of Common Pleas, Debtors/Defendants Robert C. Schwieterman and Brenda K. Schwieterman agreed to pay Plaintiff Phillips Law Firm, Inc. $33,930.00, with credit for $9,400.00 already having been paid through the criminal proceeding as a result of the harm caused to Phillips Law Firm, Inc. by their criminal activity. (See attached Exhibit D).

12. As a part of the Stipulated Judgment Entry, Judge Dennis Helmick ordered, and the Debtors/Defendants stipulated and agreed, without reservation, that the damages to Plaintiff, were not dischargeable in bankruptcy pursuant to 11 U.S.C. § 523(a)(4) and 11 U.S.C. § 523(a)(6).

13. As a part of the Stipulated Judgment Entry, Judge Dennis Helmick ordered, and the Debtors/Defendants further stipulated and agreed that the Judgment was to be deemed the joint and several responsibility of the Debtors/Defendants Robert C. Schwieterman and Brenda Schwieterman.

14. As a part of the Stipulated Judgment Entry, Judge Dennis Helmick ordered, and the Debtors/Defendants Robert C. Schwieterman and Brenda Schwieterman stipulated and agreed that they would not attempt to modify or set aside this Judgment Entry, or discharge this Judgment Entry by any means other than payment of the amounts set forth herein.

15. As a part of the Stipulated Judgment Entry, Judge Dennis Helmick found that Plaintiff Phillips Law Firm, Inc. and Debtors/Defendants Robert C. Schwieterman and Brenda Schwieterman had read, understood and agreed with the Stipulated Judgment Entry.

3

16.    As a part of the Stipulated Judgment Entry, Judge Dennis Helmick found that each party had the opportunity to ask any and all questions regarding the Judgment Entry, that each had their respective questions answered to their satisfaction, and that each had been given the opportunity to consult with counsel of their own choosing prior to signing the Judgment Entry.

17.    Title 11 U.S.C. § 523(a)(4) and 11 U.S.C. § 523(a)(6) prevents the discharge of this debt by the Debtors/Defendants in bankruptcy.


WHEREFORE, Plaintiff demands relief from the Court by denying the Debtors/Defendants dischargeability for Plaintiff's interest.


Respectfully submitted,

John H. Phillips (OH # 0043934)
Trial Attorney for Plaintiffs
9521 Montgomery Road
Cincinnati, OH  45242
☎ (513) 985-2500
🖷 FAX (513) 985-2503
🖳 Email:  JHP@PhillipsLawFirm.com


OF COUNSEL:

*Phillips Law Firm, Inc.*
9521 Montgomery Road
Cincinnati, OH  45242
☎ (513) 985-2500
🖷 (513) 985-2503
🖳 Email:  JHP@PhillipsLawFirm.com

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served as follows:

☐ hand delivery,

**X** regular U.S. Mail, postage prepaid, to the addresses listed below

☐ facsimile to the fax number listed below

☐ email to the email address listed below

☐ other:_____

this ____11th____ day of ____May____, 2007, upon the following:

Harold Jarnicki, Esq.
576 Mound Court
Suite B
Lebanon, OH 45036
☎ (513) 932-5792
🖷 FAX (513) 932-5443
🖫 Email Jarnickihsd9@earthlink.net

THE STATE OF OHIO, HAMILTON COUNTY

COURT OF COMMON PLEAS

STATE OF OHIO

Plaintiff

Case No. B 0401824

-vs-

ROBERT SCHWIETERMAN

Defendant



D58332002



EXHIBIT
A

PROSECUTING ATTORNEY'S REQUEST

FOR ISSUANCE OF WARRANT

UPON INDICTMENT

TO THE CLERK OF THE COURT OF COMMON PLEAS:

ROBERT SCHWIETERMAN has been named a defendant in an indictment returned by the Grand Jury.

Pursuant to Rule 9, Ohio Rules of Criminal Procedure, the undersigned requests that you or a Deputy Clerk forthwith issue a warrant to an appropriate officer and direct him to execute it upon the above-named defendant at the following address: Hamilton County Justice Center, or at any place within this State.

Michael K. Allen
Prosecuting Attorney
Hamilton County, Ohio

By: _____
Assistant Prosecuting Attorney

## THE STATE OF OHIO, HAMILTON COUNTY

## COURT OF COMMON PLEAS

THE STATE OF OHIO

HAMILTON COUNTY, ss:

Case No. B 0401824

INDICTMENT FOR:
CT1:   Theft 2913.02(A)(1)[F5]
CT2:   Theft 2913.02(A)(1)[F5]
CT3:   Theft 2913.02(A)(1)[M1]
CT4:   Theft 2913.02(A)(1)[F5]
CT5:   Theft 2913.02(A)(1)[M1]
CT6:   Theft 2913.02(A)(1)[F5]
CT7:   Theft 2913.02(A)(1)[F5]
CT8:   Theft 2913.02(A)(1)[F5]

In the Court of Common Pleas, Hamilton County, Ohio, of the Grand Jury Term Two Thousand and Four.

### FIRST COUNT

The Grand Jurors of the County of Hamilton, in the name and by authority of the State of Ohio, upon their oaths do find and present that **ROBERT SCHWIETERMAN, from the 1ST day of March, Two Thousand and Three to the 7TH day of November, Two Thousand and Three** at the County of Hamilton and State of Ohio aforesaid, **with purpose to deprive the owner of certain property or services worth $500 or more, to wit: UNITED STATES CURRENCY belonging to PHILLIPS LAW FIRM, INC., knowingly obtained or exerted control over such property or services without the consent of the owner or person authorized to give consent,** in violation of Section 2913.02(A)(1) of the Ohio Revised Code and against the peace and dignity of the State of Ohio.

<u>SECOND COUNT</u>

The Grand Jurors of the County of Hamilton, in the name and by authority of the State of Ohio, upon their oaths do find and present that **ROBERT SCHWIETERMAN, from the 1ST day of March, Two Thousand and Three to the 7TH day of November, Two Thousand and Three** at the County of Hamilton and State of Ohio aforesaid, **with purpose to deprive the owner of certain property or services worth $500 or more, to wit: UNITED STATES CURRENCY belonging to PHILLIPS LAW FIRM, INC., knowingly obtained or exerted control over such property or services without the consent of the owner or person authorized to give consent,** in violation of Section 2913.02(A)(1) of the Ohio Revised Code and against the peace and dignity of the State of Ohio.

<u>THIRD COUNT</u>

The Grand Jurors of the County of Hamilton, in the name and by authority of the State of Ohio, upon their oaths do find and present that **ROBERT SCHWIETERMAN, from the 1ST day of March, Two Thousand and Three to the 7TH day of November, Two Thousand and Three** at the County of Hamilton and State of Ohio aforesaid, **with purpose to deprive the owner of certain property or services, to wit: UNITED STATES CURRENCY belonging to PHILLIPS LAW FIRM, INC., knowingly obtained or exerted control over such property or services without the consent of the owner or person authorized to give consent,** in violation of Section 2913.02(A)(1) of the Ohio Revised Code and against the peace and dignity of the State of Ohio.

<u>FOURTH COUNT</u>

The Grand Jurors of the County of Hamilton, in the name and by authority of the State of Ohio, upon their oaths do find and present that **ROBERT SCHWIETERMAN, from the 1ST day of March, Two Thousand and Three to the 7TH day of November, Two Thousand and Three** at the County of Hamilton and State of Ohio aforesaid, **with purpose to deprive the owner of certain property or services worth**

$500 or more, to wit: UNITED STATES CURRENCY belonging to PHILLIPS LAW FIRM, INC., knowingly obtained or exerted control over such property or services without the consent of the owner or person authorized to give consent, in violation of Section 2913.02(A)(1) of the Ohio Revised Code and against the peace and dignity of the State of Ohio.

<u>FIFTH COUNT</u>

The Grand Jurors of the County of Hamilton, in the name and by authority of the State of Ohio, upon their oaths do find and present that **ROBERT SCHWIETERMAN, from the 1ST day of March, Two Thousand and Three to the 7TH day of November, Two Thousand and Three** at the County of Hamilton and State of Ohio aforesaid, **with purpose to deprive the owner of certain property or services, to wit: UNITED STATES CURRENCY belonging to PHILLIPS LAW FIRM, INC., knowingly obtained or exerted control over such property or services without the consent of the owner or person authorized to give consent,** in violation of Section 2913.02(A)(1) of the Ohio Revised Code and against the peace and dignity of the State of Ohio.

<u>SIXTH COUNT</u>

The Grand Jurors of the County of Hamilton, in the name and by authority of the State of Ohio, upon their oaths do find and present that **ROBERT SCHWIETERMAN, from the 1ST day of March, Two Thousand and Three to the 7TH day of November, Two Thousand and Three** at the County of Hamilton and State of Ohio aforesaid, **with purpose to deprive the owner of certain property or services worth $500 or more, to wit: UNITED STATES CURRENCY belonging to PHILLIPS LAW FIRM, INC., knowingly obtained or exerted control over such property or services without the consent of the owner or person authorized to give consent,** in violation of Section 2913.02(A)(1) of the Ohio Revised Code and against the peace and dignity of the State of Ohio.

### SEVENTH COUNT

The Grand Jurors of the County of Hamilton, in the name and by authority of the State of Ohio, upon their oaths do find and present that **ROBERT SCHWIETERMAN, from the 1ST day of March, Two Thousand and Three to the 7TH day of November, Two Thousand and Three** at the County of Hamilton and State of Ohio aforesaid, **with purpose to deprive the owner of certain property or services worth $500 or more, to wit: UNITED STATES CURRENCY belonging to PHILLIPS LAW FIRM, INC., knowingly obtained or exerted control over such property or services without the consent of the owner or person authorized to give consent,** in violation of Section 2913.02(A)(1) of the Ohio Revised Code and against the peace and dignity of the State of Ohio.

### EIGHTH COUNT

The Grand Jurors of the County of Hamilton, in the name and by authority of the State of Ohio, upon their oaths do find and present that **ROBERT SCHWIETERMAN, from the 1ST day of March, Two Thousand and Three to the 7TH day of November, Two Thousand and Three** at the County of Hamilton and State of Ohio aforesaid, **with purpose to deprive the owner of certain property or services worth $500 or more, to wit: UNITED STATES CURRENCY belonging to PHILLIPS LAW FIRM, INC., knowingly obtained or exerted control over such property or services without the consent of the owner or person authorized to give consent,** in violation of Section 2913.02(A)(1) of the Ohio Revised Code and against the peace and dignity of the State of Ohio.

Michael K. Allen
Prosecuting Attorney
Hamilton County, Ohio

Reported and filed this

15th day of ___3___, A.D 2004

By: **Gregory Hartmann**
Clerk of Hamilton County
Common Pleas

By:_____
Deputy

By:_____
Assistant Prosecuting Attorney

A TRUE BILL

By:_____
Foreperson, Grand Jury

GUILTY PLEA

*Guilty Plea!*
*9-1-04*

## COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO
## CRIMINAL DIVISION

THE STATE OF OHIO
Plaintiff

CASE No. **B 0401824**

-vs-

JUDGE **MARTIN**

ENTERED & SCANNED
SEP -2 2004
IMAGE

**ROBERT SCHWIETERMAN**
Defendant

**ENTRY WITHDRAWING PLEA OF
NOT GUILTY AND ENTERING
PLEA OF GUILTY**

I, **ROBERT SCHWIETERMAN**, the defendant in the above cause, hereby freely and voluntarily withdraw my former plea of Not Guilty and enter a plea of GUILTY to the offense(s) of:

| Count No. | Name of Offense/ O.R.C. Section | Degree | Potential Sentence Range (Years/Months) | Mandatory Prison Term | Maximum Fine (Amount) |
|---|---|---|---|---|---|
| 1 | Theft 2913.02 | F5 | 6,7,8,9,10,11,12 | — | $ 2500.00 |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |

I understand the maximum penalty as set out above, and any mandatory prison term during which I am NOT eligible for judicial release. I understand the maximum fine possible, of which $ _____ 0 _____ is mandatory. I understand that restitution, other financial costs and driver's license suspension are possible in my case. If I am currently on felony probation or parole, this plea may result in revocation proceedings and any new sentence could be imposed consecutively.

I know any prison term stated will be the term served without good time credit.

After prison release, I may have five (5) years for F-1 or sex offense or up to three (3) years of post-release control. The parole board could return me to prison for up to nine (9) months for each violation of those conditions, for a total of 50% of my stated term. If I commit a new felony while on post-release control, I may be punished both for the violation of post-release control and the new offense. At sentencing for the new felony, I may then receive a prison term for the violation of post-release control of up to the remaining period of post-release control or one year, which ever is greater. A prison term imposed for the violation shall be served consecutively to any prison term imposed for the new felony.

If I am granted community control at any point in my sentence and if I violate any of the conditions imposed, I may be given a longer period under court control, greater restrictions, or a prison term from the basic range. Community control may last five (5) years.

I understand the nature of these charges and the possible defenses I might have. I am satisfied with my attorney's advise, counsel and competence. I am not under the influence of drugs or alcohol at this time. I have not been forced or threatened in any way to cause me to sign and offer this plea.



EXHIBIT
**B**

I understand by pleading Guilty I give up my constitutional rights to a Jury trial, to confront witnesses against me, to have subpoenaed witnesses in my favor, and to require the state to prove my guilt beyond a reasonable doubt at a trial at which I cannot be compelled to testify against myself.

I understand that my plea of Guilty is a complete admission of my guilt of the charge(s) against me. I know the judge may either sentence me today or refer my case for a presentence report. I understand my right to appeal a maximum sentence, my other limited appellate rights, and that any appeal must be filed within 30 days of my sentence.

*I understand that by pleading Guilty, the trial judge may, in addition to or independent of all other penalties provided by law or by ordinance, suspend or revoke my driver's license or commercial driver's license or permit or nonresident operating privilege for a period of not less than six (6) months or more than five (5) years.

I am ___RCS___ am not _____ (initial) a citizen of the United States of America. I understand that if I am not a citizen of the United States, a conviction of the offense(s) to which I am pleading Guilty may have the consequence of deportation, exclusion from admission to the United States, or denial of naturalization pursuant to the laws of the United States.

I have read this form and I knowingly, voluntarily and intelligently enter this Guilty plea.

_____
Signature of Defendant

I have explained to the defendant prior to his/her signing this plea, the charge(s) in the indictment or information, the penalties therefor and his/her constitutional rights in this case. I represent that, in my opinion, the defendant is competent to enter this plea and now does so knowingly, intelligently and voluntarily.

_____ #1717
Attorney for Defendant

_____ 0061318
Assistant Prosecuting Attorney

(If applicable) Dismiss Counts: _2, 3, 4, 5, 6, 7, and 8_                    * Where Applicable

Revised 07/26/02



ENTERED & SCANNED
SEP 2 - 2004
IMAGE 93

## THE STATE OF OHIO, HAMILTON COUNTY
## COURT OF COMMON PLEAS

date: **09/20/2004**
code: **GJCC**
judge: **207**

| Entered Date: | 9-20-04 |
|---|---|
| Image: | 60 |

Judge: **STEVEN E MARTIN**

NO: **B 0401824**

**STATE OF OHIO**
**VS.**
**ROBERT C SCHWIETERMAN**

**JUDGMENT ENTRY : SENTENCE**
**TO COMMUNITY CONTROL**

Defendant was present in open Court with Counsel **H FRED HOEFLE** on the **20th day of September 2004** for sentence.

The court informed the defendant that, as the defendant well knew, the defendant had pleaded guilty, and had been found guilty of the offense(s) of:

**count 1: THEFT 2913-02/ORCN,F5**
**count 2: THEFT 2913-02A1/ORCN DISMISSAL**
**count 3: THEFT 2913-02A1/ORCN DISMISSAL**
**count 4: THEFT 2913-02A1/ORCN DISMISSAL**
**count 5: THEFT 2913-02A1/ORCN DISMISSAL**
**count 6: THEFT 2913-02A1/ORCN DISMISSAL**
**count 7: THEFT 2913-02A1/ORCN DISMISSAL**
**count 8: THEFT 2913-02A1/ORCN DISMISSAL**



EXHIBIT
**C**

The Court held a sentencing hearing during which the Court afforded defendant's counsel an opportunity to speak on behalf of the defendant. The Court addressed the defendant personally and asked if the defendant wished to make a statement in the defendant's behalf, or present any information in mitigation of sentence. The State's representative also had the opportunity to address the Court. Sentence is under the provisions of Senate Bill 2, effective 7/1/96.

After considering the risk that defendant will commit another offense, the need for protecting the public therefrom, the nature of circumstances of the offense(s), and the defendant's history, character and condition, the Court hereby orders the defendant placed on Community Control on condition that defendant comply with the general conditions of Community Control established by this Court, and further:

**count 1: COMMUNITY CONTROL:5 Yrs**

**DEFENDANT TO MAKE RESTITUTION IN THE AMOUNT OF $9,400.00 TO PHILLIPS LAW FIRM.**

**DEFENDANT TO COMPLETE DRUG TESTING AS MANDATED BY THE COMMON PLEAS COURT.**

## THE STATE OF OHIO, HAMILTON COUNTY
## COURT OF COMMON PLEAS

date: 09/20/2004
code: GJCC
judge: 207

Entered Date: 9-20-04
Image: 61

Judge: STEVEN E MARTIN

NO: B 0401824

STATE OF OHIO
VS.
ROBERT C SCHWIETERMAN

JUDGMENT ENTRY : SENTENCE
TO COMMUNITY CONTROL

DEFENDANT TO PERFORM THREE HUNDRED (300) HOURS OF
COMMUNITY SERVICE.

IF THE DEFENDANT IS DISBARRED BY THE OHIO SUPREME COURT, THE
DEFENDANT IS TO OBTAIN EMPLOYMENT OUTSIDE THE PRACTICE OF
LAW.

THE DEFENDANT IS ORDERED TO SEE DR. DANIEL WALTERS AND DR.
BILL MALONE.

THE DEFENDANT IS TO TAKE MEDICATION THAT IS PRESCRIBED.

THE DEFENDANT IS TO PAY COURT COSTS.

THE COURT ALSO ADVISED THE DEFENDANT THAT IF HE/SHE
VIOLATES THE TERMS AND CONDITIONS OF COMMUNITY CONTROL,
THE COURT WOULD IMPOSE A PRISON SENTENCE OF TWELVE (12)
MONTHS IN THE DEPARTMENT OF CORRECTIONS.

**ENTERED MAY 2 5 2006**

**ENTER**

HAMILTON COUNTY COMMON PLEAS
HAMILTON COUNTY, OHIO

MAY 2 4 2006
DENNIS S. HELMICK, Judge
5-24-06

| | | |
|---|---|---|
| PHILLIPS LAW FIRM, INC. | : | **Case No: A0402948** |
| Plaintiff, | : | **Judge Dennis S. Helmick** |
| - vs. - | : | **STIPULATED JUDGMENT ENTRY IN** |
| | : | **FAVOR OF PLAINTIFF PHILLIPS** |
| ROBERT C. SCHWIETERMAN | : | **LAW FIRM, INC. AND AGAINST** |
| | : | **DEFENDANTS ROBERT C.** |
| And | : | **SCHWIETERMAN AND BRENDA** |
| | : | **SCHWIETERMAN, JOINTLY AND** |
| BRENDA SCHWIETERMAN | : | **SEVERALLY** |
| Defendants. | : | |

**EXHIBIT A**

The Parties hereto, Plaintiff Phillips Law Firm, Inc. and Defendants Robert C. Schwieterman and Brenda Schwieterman hereby stipulate to the following Judgment Entry in this matter:

1. Defendants Robert C. Schwieterman and Brenda Schwieterman are jointly and severally responsible for paying Phillips Law Firm, Inc. damages in the amount of $33,930.00.

2. Plaintiff Phillips Law Firm, Inc. hereby stipulates that $9,400.00 shall be credited against the judgment as money having already been paid.

3. Defendants stipulate and agree, without reservation, that the damages to Plaintiff, are not dischargeable in bankruptcy pursuant to 11 U.S.C. § 523(a)(4) and 11 U.S.C. § 523(a)(6).

4. The damages to Plaintiff Phillips Law Firm, Inc. occurred as a result of acts occurring in 2003, and shall accrue interest at the rate of 6% per year (0.5% per month) until the judgment is paid in full.

5. Phillips Law Firm, Inc. hereby stipulates and agrees that it shall take no action to collect the unpaid judgment for so long as the accrued interest applicable to this judgment is paid annually on or before the date of this Judgment Entry.

D68543496

1

COURT OF COMMON PLEAS
ENTER
HON. DENNIS S. HELMICK
THE CLERK SHALL SERVE NOTICE
TO PARTIES PURSUANT TO CIVIL
RULE 58 WHICH SHALL BE TAXED
AS COSTS HEREIN.

6.      The Judgment set forth herein shall be deemed the joint and several responsibility of the Defendants Robert C. Schwieterman and Brenda Schwieterman.

7.      Plaintiff Phillips Law Firm, Inc. and Defendants Robert C. Schwieterman and Brenda Schwieterman hereby stipulate and agree that this Judgment Entry is final in this matter, and that all other matters that were brought or that could have been brought by and between the parties up to and including the date of this Judgment Entry are dismissed with prejudice, and that no party to this cause of action shall attempt to modify or set aside this Judgment Entry, or discharge this Judgment Entry by any means other than payment of the amounts set forth herein. Renewal of this Judgment Entry by the Plaintiff Phillips Law Firm, Inc. to collect the amounts set forth herein shall not be considered a modification of this Judgment Entry.

8.      Plaintiff Phillips Law Firm, Inc. and Defendants Robert C. Schwieterman and Brenda Schwieterman hereby stipulate that they have read, understood and agreed with this Judgment Entry, that each has had the opportunity to ask any and all questions regarding this Judgment Entry, that each has had their respective questions answered to their satisfaction, and that each has been given the opportunity to consult with counsel of their own choosing prior to signing this Judgment Entry.

9.      Each Party shall bear the cost of their own attorneys fees.  Defendants Robert C. Schwieterman and Brenda Schwieterman shall pay the court costs associated with these proceedings.

SO ORDERED.


DATE:_____          _____
                                **Judge Dennis Helmick**
                                **Hamilton County Court of Common Pleas**


2

**READ, UNDERSTOOD AND AGREED BY THE PARTIES:**

John H. Phillips, President
*Attorney and Authorized Representative for Plaintiff Phillips Law Firm, Inc.*
9521 Montgomery Road
Cincinnati, OH  45242
☎ (513) 985-2500
☎ FAX (513) 985-2503

**ROBERT C. SCHWIETERMAN**
*Pro se Defendant*
8812 Rambling Ridge Drive
West Chester OH 45609-6820
☎ (513) 777-0567

**BRENDA SCHWIETERMAN**    8:10 am 5/18/06
*Pro se Defendant*
8812 Rambling Ridge Drive
West Chester OH 45609-6820
☎ (513) 777-0567

3